STATE OF NEW JERSEY v. WALTER NARKUM.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. CLARK.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD HENRY JOHNSON.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP CEGLIA.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HICKS.

March 28, 1983.

Petition for certification denied.